UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo   Perales, | Case No. 2:21-cv-00055-JAM-JDP |
|          Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
|          vs. | ECF No. 15 |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
|          Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 23, 2021 to September 22, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Counsel for Plaintiff has several merit briefs being due on the

same week: six settlement letters and three merit briefs.  Counsel has nine hearings the same week as well.  Additional time is needed to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 19, 2021        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: August 19, 2021        PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:   */s/ Ellinor R. Coder*
Ellinor R. Coder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 19, 2021)

## ORDER

The parties' stipulation is construed as a motion and granted.  ECF No. 15.  Plaintiff will have until September 22, 2021 to file and serve his motion for summary judgment.

IT IS SO ORDERED.

Dated:   __August 24, 2021__                                    _____
                                                               JEREMY D. PETERSON
                                                               UNITED STATES MAGISTRATE JUDGE

3