1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo Perales,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-00055-JAM-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 22, 2021 to October 22, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this request.

Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in September and October 2021. For the remainder of September 2021, Counsel for Plaintiff has about 27 briefs due ranging from confidential settlement proposals, opening briefs and replies. Counsel also has an administrative hearing calendar in excess of 25 cases for the remainder of September and a similar calendar in October 2021.

Thus, Counsel is requesting an extension through October 22, 2021 to accommodate the number of cases due in September and October 2021. Also, Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 20, 2021    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 20, 2021    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: *_/s/ Ellinor R. Coder_
Ellinor R. Coder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 20, 2021)

**ORDER**

The parties' stipulation is construed as a motion and granted. ECF No. 18. Plaintiff will have until October 22, 2021, to file a motion for summary judgment. The court will not grant plaintiff any further extensions absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   September 21, 2021                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE