UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arturo    Perales,<br><br>              Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 2:21-cv-00055-JAM-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>ECF No. 24 |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 21, 2021 to January 20, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Good cause exists for this extension.  For the week of December 20, 2021, Counsel has two merit briefs, several reply and EAJA Motions. Despite having preplanned holiday

vacation days out of the State, Counsel still has, for the remainder of December 2021, five other merit briefs scheduled to be due within that period.

Counsel has preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family. Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 14, 2021        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: December 14, 2021        PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Justin Lane Martin*
Justin Lane Martin
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on December 13, 2021)

2

**ORDER**

The parties' stipulation, ECF No. 24, is construed as a motion and granted.


IT IS SO ORDERED.


Dated:   December 17, 2021                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE