UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PERALES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. 2:21-cv-00055-DAD-JDP (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 21, 28) |

     Plaintiff Arturo Perales brings an action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for benefits under the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 13, 2022, the assigned magistrate judge entered findings and recommendations recommending that plaintiff's motion for summary judgment (Doc. No. 21) be granted and the action be remanded for further administrative proceedings. (Doc. No. 28.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. No objections have been filed and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 13, 2022 (Doc. No. 28) are adopted in full;
2. Plaintiff's motion for summary judgment filed on October 22, 2021 (Doc. No. 21) is granted;
3. This matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 23, 2023**                                    /s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE